**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **MICHAEL J. HOOVER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 07-1100** |
| **FLORIDA HYDRO, INC.** | **SECTION: "B"(4)** |

### ORDER AND REASONS

**IT IS ORDERED** that plaintiff's motion to dismiss counterclaim as untimely, Rec. Doc. 35, is **DENIED.** *Revere Copper & Brass, Inc. v. Aetna Casualty & Surety Co.,* 426 F2d 709, 714 (5th Cir. 1970); *Tank Insulation International v. Insultherm, Inc.,* 104 F3d 83, 85-86 (5th Cir. 1997).

Florida Hydro, Inc.'s computer fraud counterclaim against plaintiff involves the same set of operative facts as plaintiff's allegations of creating electronic databases and other related acts which allegedly entitle him to monetary and equitable relief. The "clean hands" defense asserted here accuses plaintiff of theft and destruction of the same electronically stored data that would arguably tend to prove or disprove his claims of entitlement against Florida Hydro, Inc. As such, the instant counterclaim is compulsory in nature. The two-year statute of limitations, running from July 8, 2005, was thusly tolled upon the filing of plaintiff's complaint on February 26, 2007 and the July 24, 2007 ruling on

jurisdictional issues raised by defendant's FRCP 12 motion.[1]  The counterclaim filed on August 10, 2007 is therefore timely filed.

New Orleans, Louisiana, this 30th day of September, 2008.

_____
UNITED STATES DISTRICT JUDGE

---

[1] 18 U.S.C. § 1030(g).